```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
                  CASE NO. 14-80080-CR-HURLEY


UNITED STATES OF AMERICA,

              Plaintiff,              JANUARY 8, 2015
         vs.
                                 WEST PALM BEACH, FLORIDA
KEVIN MCKNIGHT,

              Defendant.
_____/  Pages 1 - 35


                TRANSCRIPT OF SENTENCING HEARING
            BEFORE THE HONORABLE DANIEL T.K. HURLEY
                 UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:    ROGER CRUZ, AUSA
                       Office of U.S. Attorney
                       400 Australian Avenue
                       West Palm Beach, Florida  33401


FOR THE DEFENDANT:     VALENTIN RODRIGUEZ, JR., ESQ.
                       Law Offices of Valentin Rodriguez, P.A.
                       120 S. Dixie Highway, Suite 204
                       West Palm Beach, Florida  33401



REPORTED BY:           DIANE MILLER, RMR, CRR
                       Federal Official Court Reporter
                       701 Clematis Street
                       West Palm Beach, FL  33401
                       (561-514-3728
                       diane_miller@flsd.uscourts.gov
```

Thursday, January 8, 2015.

```
 1                    P–R–O–C–E–E–D–I–N–G–S

 2           THE COURT:  Please be seated.

 3           Good afternoon everyone.  The first matter on the

 4     Court's this afternoon's calendar is Case Number 14–80080.

 5     This is the United States of America versus Mr. Kevin

 6     McKnight.

 7           Let me begin, if I might, by allowing Counsel to

 8     make their appearances, and I'm going to start by recognizing

 9     Counsel for the Government.

10           MR. CRUZ:  Yes, Your Honor, good afternoon; Roger

11     Cruz for the United States.

12           THE COURT:  Mr. Cruz.

13           And let me turn now, if I might, to Counsel for the

14     Defense.

15           MR. RODRIGUEZ:  Good afternoon, Your Honor; Val

16     Rodriguez on behalf of Kevin McKnight, who is seated next to

17     me.

18           Mr. Rodriguez and Mr. McKnight, good afternoon.

19           As the parties will recall, Mr. McKnight last

20     appeared before the Court back in October, and it was at that

21     time that he announced his decision to change his plea from a

22     plea of not guilty to a plea of guilty; and as a result of

23     that, of course, the probation office was asked to prepare a

24     presentence investigation report.  The report has been

25     completed, and a copy has been provided to each party.
```

Thursday, January 8, 2015.

1              Now, this afternoon, the Court is obligated to go

2    through a two-step process in determining what would be an

3    appropriate sentence.  The Supreme Court has told us that we

4    need to begin by looking at what are called the Federal

5    Sentencing Guidelines.  These guidelines represent an effort

6    to try to make sure that people who have committed the same

7    crime and are pretty much in the same position, have the same

8    background no matter where they live in the country, that they

9    are treated as much alike as possible.  And the theory behind

10   this is if there were greater uniformity like that, the hope

11   is that the whole sentencing process would be more fair.

12             Now, our court of appeals has told us that in order

13   to properly consult these guidelines, we need to make sure

14   they have been accurately calculated.  And to do that, we need

15   to pause for a few moments and go back and take a second look

16   at the presentence investigation report.

17             First and foremost, we want to be very sure that all

18   of the factual information that's laid out in the report, that

19   it is accurate.  And then second, we want to be sure that

20   whatever legal conclusions have been drawn from those facts,

21   that the legal conclusions are appropriate and justified; and

22   then of, course, but very important, finally there is the

23   issue of whether the calculations, the numbers that have been

24   generated, we want to make sure they are accurate as well.

25             So with that as a background, why don't I turn,

Thursday, January 8, 2015.

1   first, to Mr. Rodriguez to see if there are any remaining

2   factual matters that we need to talk about within the

3   guidelines.

4           MR. RODRIGUEZ:  Your Honor, we don't believe there

5   are.  The only issue we have was the restitution amount, but I

6   believe the Government has now agreed, based upon the earlier

7   sentencing this morning, that we can adjust downward the

8   restitution.

9           THE COURT:  I think both parties agree to that, and

10   my recollection is it was 10,000 -- is it $740?

11           MR. RODRIGUEZ:  Seven fifty, I think.

12           THE COURTROOM DEPUTY:  Seven forty, sir.

13           THE COURT:  I think it was 740, but let me check.

14           MR. RODRIGUEZ:  Seven forty, that's what you put.

15           THE COURT:  Ten thousand seven hundred forty; does

16   that sound right?

17           MR. CRUZ:  Your Honor, I did go to law school so I

18   wouldn't have to do much math, but I did the math a couple of

19   times, and that is the number.

20           THE COURT:  Okay.

21           MR. RODRIGUEZ:  With that being said and with the

22   addendum that was filed, we have no factual objection.  All

23   right.  Well, then fine.  We will make sure that the

24   restitution figure is corrected, and we will do that.

25           Okay.  And, Mr. Cruz, from the Government's point of

1  view, were there any factual matters that you felt you needed

2  to raise.

3          MR. CRUZ:  No, Your Honor.

4          THE COURT:  Okay, thank you.

5          Let's move then into that second category of legal

6  issues within the guidelines, and I'll go back over to

7  Mr. Rodriguez.

8          Any legal issues within the guidelines?

9          MR. RODRIGUEZ:  No, Your Honor.

10         THE COURT:  Thank you.

11         Mr. Cruz, any legal issues from the Government's

12  point of view?

13         MR. CRUZ:  No, Your Honor.

14         THE COURT:  Let's take a moment together, and let's

15  walk through the presentence investigation report just to make

16  sure that we have the appropriate facts and figures in front

17  of us.  And if we begin on page 8 at paragraph 31, the total

18  offense level in this case is a total offense level of 9.  And

19  then, if we stay on the same page but come on down to

20  paragraph 34, this shows that with the exception of a reckless

21  driving matter back in 2012, Mr. McKnight has really had no

22  prior involvement with the criminal justice system, and he is,

23  therefore, placed in Criminal History Category I, which is the

24  lowest possible criminal history category.

25         And then if we come on over to page 16, at paragraph

Thursday, January 8, 2015.

1   71, the recommended imprisonment range in the guidelines is a

2   range of four to ten months.  And while we are talking about

3   it, the recommended range for a monetary fine is somewhere

4   between 1,000 and $10,000.

5           Do both parties agree that those are the correct

6   calculations within the advisory guidelines?

7           MR. RODRIGUEZ:  From the Defense, yes, Your Honor.

8           MR. CRUZ:  Yes, Your Honor.

9           THE COURT:  Thank you.

10          Well, what we have just concluded doing is we have

11  looked at the guidelines to see what they would recommend.  Of

12  course, there was a time when these guidelines were mandatory,

13  they were binding, but that is no longer the case; so while

14  the guidelines are entitled to great respect, what they do is

15  they make a recommendation, a nonbinding recommendation.

16          So having consulted those guidelines, now the Court

17  is obligated to turn to another statute.  It's Title 18 of the

18  United States Code, Section 3553(a) where Congress has set out

19  a list of factors that need to be considered as well.  And I

20  think we can do that in a moment; but before turning to that

21  statute, the Court is obligated to ask Mr. McKnight a

22  question.

23          Mr. McKnight, the question is whether you are aware

24  of any problem, any difficulty, really anything at all that

25  would become a barrier and prevent the Court from announcing

1   any sentence at all in your case.  Are you aware of anything

2   like that?

3           THE DEFENDANT:  No, Your Honor.

4           THE COURT:  All right; well, thank you.

5           No legal cause having been shown as to why sentence

6   of law should not be imposed, I would be more than happy to

7   hear whatever you would like to say; and if it's okay with

8   you, why don't I begin by inviting Mr. Rodriguez to come on up

9   to the lectern to speak on your behalf, but I will come right

10  back to you.

11          THE DEFENDANT:  Thank you.

12          THE COURT:  Mr. Rodriguez.

13          MR. RODRIGUEZ:  Thank you, Your Honor; and thank you

14  for the opportunity to speak.

15          To tell you a little bit about Mr. McKnight so you

16  can get an understanding of who he is, Your Honor, I had the

17  pleasure of starting to represent him in May when this issue

18  came up.  This was a delayed prosecution from a sting

19  operation, which I know you are very familiar with.  In fact,

20  I think I sat through the sentencing of Mr. Freidman several

21  months ago where he -- where he was the person who sat many of

22  the defendants up.  This was one of the last ones.

23          As a result of this, Mr. McKnight being informed of

24  this activity, he voluntarily agreed to shut down undiscovered

25  equities, and the SEC brought a companion action based upon

1  this action, this criminal case as well.  It is pending in

2  front of Judge Scola, I believe, and that will be resolved by

3  way of an injunction, an agreement to be barred.

4         So in essence, in May of 2012, Mr. McKnight ended

5  his career with his company undiscovered equities, and he has

6  been able to understand the nature and the stress associated

7  with -- with the --he understands very clearly what he did

8  wrong, and he was quick to accept responsibility.  You had set

9  this case for trial some time out, and it gave us time to go

10 through tapes and listen to it, and we did that.

11        But what I'm here to ask the Court today is to think

12 a little bit about -- I know some of the factors you brought

13 up with Mr. Bauer, many of them are similar to Mr. McKnight.

14 Although he is younger, I don't want to punish him because he

15 is younger.  He is younger, and he basically had one reckless

16 driving offense in his life.  I give him credit for raising

17 his children.  And his wife is present, she is in the back of

18 the courtroom.  We did not bring his children in here because

19 we didn't feel it was necessary.

20        THE COURT:  I'm glad that you didn't.

21        MR. RODRIGUEZ:  We have not told his children.  We

22 are just trying to keep the trauma of something like this away

23 from kids -- that creates a problem -- two very young teenage

24 girls; and he is a very hardworking father and very close to

25 his girls, which is very nice.

Thursday, January 8, 2015.

```
 1            The letters of reference I gave you, Your Honor, as
 2   you may recall, I filed it last month, the notice of letters,
 3   one which was particularly touching was for Mr. Reyes,
 4   Tutankhamen Reyes.  He goes by a nickname, but a retired NFL
 5   player who had set up the Beyond the Boroughs Fund.  And the
 6   character that is brought out in that letter is the giving
 7   part of Mr. McKnight who helped them with their scholarships
 8   back in 2012.  And he did that, helped them raise scholarships
 9   for these deserving kids who were underserved.  He did that
10   voluntarily, and this was sort of just kind of the person he
11   is.
12            He has never lived the high, high life.  He has
13   never had the millions of dollars.  You probably had a lot of
14   stock promoters in front of you who had the mansions, the
15   cars, the things -- the millions of dollars that are involved
16   in it.  Mr. McKnight is relatively low key.  They have a house
17   in Palm Beach County, and they raise their two girls there.
18   And as you can see from the assets, there is not a lot.
19            One thing he did do, and I want the Court to
20   understand this, is he did put in trust half of his
21   restitution.  We weren't sure what the amount was going to be
22   until today, but he put that in trust because he wants that to
23   be paid and understanding that he is really on an obligation
24   for the entire amount, but at least the Court could understand
25   that that was where his mindset was and responsibility.
```

Thursday, January 8, 2015.

1          He has -- he -- there are several other letters that

2  talk about who he is, as far as in the business world; the

3  kind nature, how he is very personable; he is a very outgoing

4  personality.  So I would like the Court to think of that, and

5  in tailoring a sentence, understand that beyond just the

6  sentence you gave -- you give him today, a lot of other things

7  happen.  I don't think the Court understands this.  I mean,

8  your business shuts down and you agree to a securities bar,

9  you now have to redefine who you are and what your life is,

10  and that's very hard.

11          He has been looking for work to figure out a way to

12  redefine.  He has been with his kids for the last six months

13  caring for them, but he will have to redefine who he is and

14  that's hard because you do one thing -- you are good at it --

15  for a long time.  He had a lot of conferences he promoted.

16  That's going to be one of the hard things he is going to have

17  to do.

18          The other thing is it's been a mixed blessing, and

19  he wanted me to tell you, because it was a very high stress

20  industry.  He has found that the last six months have

21  actually -- being able to redefine yourself in a forceful way,

22  meaning you are forced to do it, takes you out of the stress

23  that he constantly had with 60-hour work weeks.

24          Your Honor, the amount here is very small.  I have

25  been in front of you with millions and millions of dollars of

1    loss, and the loss is 12,590, but the restitution is even

2    less, if you think of it.  It is right at the bottom of that

3    level 11.  If it had been just a couple hundred dollars less,

4    it would have been at the next level down, which is either 9

5    or 10, and that's why the guidelines are so low.

6           I ask the Court to consider the fact that he will --

7    he has restitution, as an officer of the Court, it will be

8    paid, his portion, but also to consider a couple other factors

9    that I wanted you to look at.

10          Mr. McKnight, when confronted with this, could have

11   gone the other way and said, I want a trial, I want to defend

12   my name, understanding that once he said no, he becomes a

13   convicted felon who can no longer work in the securities

14   industry again and no longer has the associates he had.  He

15   had a nice business, employed several people.

16          Mr. Bauer wasn't an employee, as you probably heard,

17   but he worked with him quite a bit.  So that being said, I

18   want you to understand that aspect of it.

19          I don't know if you read the letter -- one other

20   letter that is particularly telling about him.

21          THE COURT:  I appreciate the letters that you gave.

22   I did read them.

23          MR. RODRIGUEZ:  Okay.

24          THE COURT:  Certainly sometimes you get insights

25   from people who have had a long experience with somebody, and

1  no matter how hard we try to make the presentence

2  investigation reports to give a sense of who someone is, these

3  things certainly help a great deal.

4          MR. RODRIGUEZ:  People talk about him in terms of

5  respect.  He would have children over for new movie nights and

6  game nights.  He would attend church and supported events and

7  always included family members and neighbors in there.

8          One individual talked about how he had helped when

9  he had a father deteriorating in the hospital and how he would

10  come in, and Mr. McKnight is a type that -- he is not this

11  Wall Street giant.  He is not the -- you know, the wolf of

12  Wall Street as we hear about.  He was the type who would come

13  in and, like, okay, if you need help with a father, you need

14  help with a relative, I am here to help you.  And his wife is

15  a testament to that, who sits back here today very worried

16  about the fate of him today.

17          You have to understand that it's completely unknown

18  what this Court will do, but for a family, that uncertainty

19  really throws your entire life since he was arrested, I

20  believe, in May 16th.  I mean, so since May 16th, seven

21  months, they have just had a very tough time figuring out how

22  to redefine themselves.

23          I believe, Your Honor, a sentence of a variance

24  would be appropriate.  You gave the codefendant, Mr. Bauer, a

25  probation sentence and had certain restrictions on him, and I

Thursday, January 8, 2015.

1    think that would be appropriate.  If the Court is so inclined

2    to maybe think that some time is appropriate, I don't think

3    four months really serves a deterrent.  Perhaps home

4    detention, which was mentioned in the PSR; although, I will

5    tell the Court, for seven months, he has been a stellar

6    candidate on supervised release.  The Court let him travel two

7    times, I believe, with permission went and came back.  He has

8    reported.  He has done everything you would want a defendant

9    to do in a situation like this.

10           And I told him, but for the grace of God, the loss

11   amount was so low.  And I told him that that was good, you

12   learned your lesson.  It wasn't some major sting that involved

13   a million dollars.  So that's where I come from.

14           Mr. McKnight did want to address you.  I have talked

15   to the Government quite a bit about Mr. McKnight too, and the

16   Government, I'll give them credit, we worked through this.  We

17   didn't hold their feet to the fire or anything.  We just

18   wanted to listen to the tapes, and we did; and clearly, he was

19   guilty, Your Honor, and he accepted responsibility the moment

20   it was made available.  I think you referred us out to Judge

21   Huck.  And it was a timing issue for the summer, but we did

22   it.  I mean, we didn't hold off.

23           And so I commend Mr. McKnight.  He is a -- he has

24   been to my office about every week because he is very nervous

25   for the last six months, you know, about the sentencing

14

1   process and very nervous about where he goes from here.  And

2   I'm hoping this Court recognizes because you have the

3   ability -- we are only asking you for a four-month variance

4   down to probation, that you have the ability to allow him to

5   step back out and start again, understanding that he has no

6   priors as well.

7           THE COURT:  Mr. Rodriguez, thank you.

8           Mr. McKnight, did you want to address the Court?

9           THE DEFENDANT:  Yes, Your Honor.

10          THE COURT:  Sure.  Come right up to the lectern; and

11  good afternoon.

12          THE DEFENDANT:  Good afternoon.

13          I want to thank you for giving me the opportunity to

14  speak here today and to -- I want to apologize to you, Judge.

15  I want to apologize to the community, to my family, to my

16  business associates, the companies I represent.

17          THE COURT:  Take a minute because I want to hear

18  what you have to say, just take a deep breath and relax.

19          Okay, go ahead.

20          THE DEFENDANT:  I want to say that my wife has been

21  behind me the whole time, and I want to thank her so much.

22  It's brought our relationship to a new level, this unfortunate

23  situation, but I am here to apologize.  I'm sorry.

24          I have learned my lesson, you know.  If I can just

25  get back into supporting my family, get back to work; and you

1   know, I don't want to ever be in this situation again.  You

2   will not see me.  You will not be seeing anything of myself

3   or -- and I would like to move on with my life, sir.

4           THE COURT:  Thank you, and I appreciate your

5   remarks.  Let me allow you to sit down.

6           And let me turn to Mr. Cruz, if I might, for the

7   Government's assessment in this case.

8           MR. CRUZ:  Thank you, Your Honor.

9           Your Honor, you have sentenced Mr. Bauer to time

10  served, no incarceration.  Essentially, the guidelines were

11  four months at the low end, which is what the Government is

12  required -- or was required to recommend.  You might recall

13  that the Government felt that Mr. Bauer did not necessarily

14  need incarceration, and I see that Your Honor felt the same

15  for I believe the similar reasons.

16          The question now is:  Should Mr. McKnight have the

17  same fate as Mr. Bauer, or do the facts and circumstances and

18  the background of Mr. McKnight deem him not as worthy for a

19  break?  And although I am, of course, bound by the plea

20  agreement to recommend the low end, I have a similar

21  recommendation as to Mr. McKnight.  I don't feel that the

22  facts and circumstances in this case warrant a dissimilar

23  sentence.

24          I do believe it would be a -- an unnecessary

25  sentence of incarceration, mainly to avoid unwarranted

1  disparity between similarly situated individuals.  It's true

2  that Mr. McKnight had greater to benefit from the scheme, but

3  frankly, Judge, you didn't ask and I didn't tell, but they had

4  similar backgrounds, Mr. McKnight and Mr. Bauer.  They have

5  been involved in this industry for years.

6        Based on the tapes and the information from the

7  other gentleman that was previously mentioned by

8  Mr. Rodriguez, cutting corners is usual in this type of

9  industry.  And although Mr. Bauer and Mr. McKnight flirted

10 with other potential misconduct, it was this case that led to

11 their downfall.  They are now both convicted felons.  I think

12 that's significant.

13        I do believe Mr. McKnight's contrite nature is

14 genuine, and I can understand if Your Honor would like to give

15 him a similar break.  So with that, I feel a time-served

16 sentence would be appropriate.

17        THE COURT:  Thank you very much.

18        MR. CRUZ:  Yes, Your Honor.

19        THE COURT:  We began this afternoon by looking at

20 the Federal Sentencing Guidelines, and that is important

21 because I think one of the motivating considerations in

22 promoting the guidelines when they first came into being back

23 in the '80s was this view that courts were treating people

24 differently, particularly white-collar crimes differently than

25 other crimes because the people who come before the Court in

Thursday, January 8, 2015.

1   white-collar crimes -- and I think Mr. McKnight is a classic

2   example, by all other aspects, very law abiding and all of the

3   -- the characteristics that you would look at to say this is a

4   wonderful person.

5          You have a lovely family; you have children, and all

6   of the other things, but there was a view that the courts were

7   not adequately addressing white-collar crime, and so the

8   guidelines came into being for many reasons other, but that

9   was certainly one of the issues that was discussed at the very

10  beginning.

11         But as I said before, the guidelines, they are

12  terribly important, and they do make a recommendation, but

13  it's a recommendation, and so the Court is obligated to look

14  at these other factors that are set forth in the statute that

15  I mentioned earlier.  It's interesting because the first

16  factor really has two separate components.  The first is, of

17  course, the nature and the circumstances of the offense.  And

18  the crime here is a conspiracy to commit securities fraud.

19  And as I mentioned in Mr. Bauer's case, this is a statute that

20  is -- that is so broad and there are so many different types

21  of activity, some remarkably more serious.

22         Last summer, I read a book that dealt with -- and I

23  can't begin to pronounce the man's name, I'm sorry, but there

24  are two or three syllables that run on; but he was a gentleman

25  of Indian background, enormously successful.  He ran the

1  Galleon fund, one of the great hedge funds, but he was

2  consumed with success.  And what he did, of course, is he

3  assiduously courted people in various industries, primarily

4  the technology industries so he got, if you will, the inside

5  tip about what's coming next, and so on and so forth.  So here

6  is this man who appears to be at the apex in his particular

7  career, extraordinary success in terms of the rate of the

8  return, and then you look at it, and you begin to see that

9  it's largely built on inside tips that he had very carefully

10  worked at and obviously paid people back and so on.  It is

11  dramatically different from what we have here in the sense of

12  its scope and the amount of money, but it constituted

13  securities fraud.  And it was really unfortunate because among

14  the people who became involved in that was one of the most

15  distinguished former directors, and I forget the company that

16  it was, but it was one of the well-known companies that you

17  would go to and give you an assessment of your own company,

18  and he simply succumbed, a gentleman by the name of Mr. Gupton

19  [phonetic], and it was shocking.  He was actually on the board

20  of one of the large investment banks in New York, and so on.

21          And then the evidence was that he would walk out of

22  one of those board meetings and while standing in the lobby at

23  a telephone, would call the fellow over at the hedge fund and

24  convey information.  It just showed how corrupting this is and

25  the temptation because the amount of money is just

1  extraordinary.  And yet, when you think about it, you know,

2  the principle that led to that conviction and investigation

3  and the principle here is really just the same, we want -- we

4  want, as best we can, to have a securities industry that is

5  above board.

6         We know that there are -- and I mentioned earlier,

7  there are countries in the world where the corruption is so

8  endemic that you just can't seem to root it out, and it's a

9  drag on the whole economy, and certainly people are very, very

10 hesitant in their investment decisions because there is almost

11 this expectation that there is somebody in the back room who

12 is manipulating thing.

13        I recognize that what we are talking about here are

14 penny stocks and creating the illusion that a particular stock

15 looks attractive because suddenly there is movement in the

16 sale of the stock; but when people get these licenses that

17 allow them to do these things, there is a requirement that

18 there be a level of trust, and I think that's a reasonable

19 expectation.

20        So the crime, while it is nowhere near the magnitude

21 of some of the things that we have seen recently, mostly in

22 the Southern District of New York, it is important and it is

23 significant, and it's for that very reason that the Government

24 works so carefully in areas like this.

25        I'm also obligated to look at the defendant and his

Thursday, January 8, 2015.

 1   history and characteristics, and there is so much good to be
 2   said about Mr. McKnight.  He was in the driver's seat, to some
 3   degree, in this and I know he acknowledges this.  I suspect
 4   that it's not until something like this happens that you
 5   suddenly sit back and analyze how foolish it was and what you
 6   put on the line:  Your family, your liberty, the financial
 7   well-being of the family, and everything else.  I would hope
 8   and expect that Mr. McKnight would never do anything like this
 9   again, understanding what he and his family have anguished
10   through over these many months.
11            You know, one of the things that you were aware of
12   in the federal system is they -- I hope Mr. Cruz will forgive
13   me, but I have somehow, in my view, I see it like a
14   steamroller that moves very, very slowly, and people know it's
15   coming, and it must be agonizing because it's out there, and
16   it doesn't seem to suddenly come together.  And so you live
17   through it, and you are living through saying, "What am I
18   going to do next; am I going to go to jail; am I going to have
19   to spend time in jail," and so on.
20            And that's something that Mr. McKnight doesn't share
21   by himself.  I'm sure the whole family has had this, and I'm
22   glad you have, in a sense, shielded the children from this.  I
23   think that's a wise thing to do.
24            Now, my obligation, of course, is I have to impose a
25   sentence that, number one, would deter Mr. McKnight.  And I

1  hope, based on everything that I have read, that this is

2  something he would never do again.  And I recognize, and I

3  think Mr. Rodriguez is correct that when you began to look at

4  some of the consequences -- the SEC action, the inability to

5  work in a field that despite its work -- I suspect there were

6  many aspects of it that you enjoy, you enjoyed some success,

7  that's a consequence as well.  At the same time, you know, I

8  have to also -- I have to at least be aware of what is called

9  "general deterrence."  The message has to go out, I think,

10  especially in a case like this because this is a case or a

11  crime, if you will, that is largely driven by -- and I don't

12  mean greed, but it's driven by an expectation of a financial

13  return.  And clearly and certainly, the case that I mentioned

14  earlier, that example, sometimes the financial returns for

15  cutting corners in dealing on inside information, and what

16  have you, they're just huge.  So if you will, then the word

17  has to go out that, all right, if that's what you are going to

18  do, if you get caught, the consequences have to be significant

19  as well.  And I'm aware of this concept of general deterrence.

20          Now, I'm aware of the amount of money here.  It's

21  not overwhelming, and I want to tell you straightforward.  I

22  do think a sentence that is a variance is appropriate.  I'm

23  going to impose a monetary fine though, in this case because I

24  think that I have an obligation to bring home to Mr. McKnight

25  that this is not an insignificant crime.  And I do appreciate

Thursday, January 8, 2015.

1   what he has done already with respect to the restitution

2   requirement.

3           And as I said before, I am keenly aware of the other

4   consequences that come into play here.  It's not easy at this

5   point in your life, although I think Mr. McKnight is a person

6   of tremendous resource and capacity, but it isn't easy to

7   suddenly turn around and say, I need to reposition myself, and

8   I need to move out in developing another career for myself.

9   But I do think Mr. McKnight has the capacity to do that, and I

10  hope he will be successful in that.

11          Now, I've looked at all of the factors that are set

12  forth in Title 18 of the United States Code Section 3553(a),

13  and based upon those factors, it will be the judgment of this

14  Court that the defendant, Kevin McKnight is to be committed to

15  the United States Bureau of Prisons to be imprisoned for a

16  term of time served.

17          Has Mr. McKnight spent any time at all in custody?

18          MR. RODRIGUEZ:  Just one day.

19          THE COURT:  That's good enough, good enough; so time

20  served.

21          Now -- and that's on Count I.  I'm also going to

22  order as part of this sentence that Mr. McKnight pay

23  restitution -- and it's a joint and several obligation along

24  with Mr. Bauer -- in the sum of $10,740.

25          I understand that based on what Mr. Rodriguez has

Thursday, January 8, 2015.

1   said, that Mr. McKnight is ready to make that restitution

2   payable right away, but to the extent that anything remains

3   unpaid, it must be paid in the amount of 10 percent of

4   Mr. McKnight's monthly gross earnings.  And those monies are

5   to be sent to the clerk of the United States District Court,

6   attention the Financial Section at 400 North Miami Avenue,

7   Room 8N, as in Nancy, 09, Miami, Florida 33128.  And then the

8   clerk will send the remainder of the restitution on as -- to

9   the victims on the attached list.  Now, in addition to this,

10   I'm going to place Mr. McKnight on supervised release for a

11   period of three years.

12          Now, Mr. McKnight, and I said the same thing to

13   Mr. Bauer, if you can show me a year and a half of no problem,

14   and I certainly think that's a reasonable expectation, I'll

15   entertain a motion to terminate supervised release earlier;

16   but, obviously, in making that decision, one of the things

17   I'll look at is whether the restitution requirement has been

18   completely taken care of.

19          Now, while you are on supervised release, you must

20   remember, first, that you need to -- first, that you can't

21   commit any other crime, obviously; and remember that you

22   cannot possess a firearm.  That's a really serious limitation.

23   You want to act very carefully.  Certainly, you cannot use or

24   possess any illegal drug, any controlled substance.

25          So I want you to follow the standard conditions of

1   supervised release.  Now, over and above those standard

2   conditions, I'm going to add the following special terms and

3   conditions.

4          First and foremost, I want you to cooperate with the

5   SEC case in terms of forfeiting any licenses that you have

6   that allow you to act 1in the securities industry.  Also,

7   while you are on supervised release, you shall not be engaged

8   in any business that offers securities, investments, or

9   business opportunities to the public.  You are further

10  prohibited from engaging in telemarketing, direct mail, or

11  national advertising campaigns for business purposes without

12  first obtaining the written permission of the Court.

13         Now, if you get a business opportunity that looks

14  like it's going to run afoul of this but it looks like a good

15  business opportunity, if you bring that to my attention, I'll

16  take a look at it and I'll make an independent assessment of

17  that.  I want you to get back on your feet financially.

18  That's important to do.

19         Also, now while you are on supervised release, of

20  course, you should have no further involvement with Mr. Bauer.

21  I want you to provide complete access to your financial

22  information including the disclosure of all business and

23  personal finances to the probation officer.

24         While you are on supervised release, I want you to

25  maintain full-time, legitimate employment and not be

Thursday, January 8, 2015.

1  unemployed for longer than 30 days without the written

2  permission of the Court.  In this regard, I want you to

3  respond to the probation officer and provide the probation

4  officer with any documents that they might need to verify that

5  employment.

6         And I want you to get the written permission of the

7  Court before entering into any kind of self-employment.

8  You've been a self-starter yourself, and it may well be that

9  you see an opportunity that you want to activate yourself.

10         I'll take a look at it; but candidly, I would like

11  to see you engage in some sort of third-party employment, but

12  I'm not ruling out the self-employment.

13         And then, finally, while on supervised release, you

14  must submit to a search of your person, your property, and

15  your home; that search to be conducted in a reasonable manner

16  and done at a reasonable time by the probation officer.

17         Now, I've looked at this, and I do think that

18  Mr. McKnight has a financial wherewithal to pay a monetary

19  fine, and I'm going to impose a monetary fine in this case in

20  the sum of $5,000.  And that monetary fine is to be paid

21  within the first 90 days of supervised release.  Also, I'm

22  going to order that Mr. McKnight pay a special assessment to

23  the United States in the sum of $100.

24         Now, Mr. McKnight, I want you to know you have the

25  absolute right to take an appeal from the judgment and the

1 | sentence announced here today.  And, of course, I want you to
2 | know if you would like to take an appeal and if you don't have
3 | the financial wherewithal to do that, I certainly will take a
4 | look at your situation.  I'm aware of the fact that you drive
5 | a Cadillac Escalade and that you live in a very nice home in
6 | Boca Raton, so you probably do not qualify as an indigent, but
7 | I want to make sure you understand that if you can't afford
8 | the services of an appellate lawyer, I will be more than happy
9 | to consider that.
10 |         In order to take an appeal, you need to file a piece
11 | of paper that is called a "notice of appeal," and that notice
12 | of appeal must be filed within 14 days of the day when the
13 | judgment and sentence are actually entered on the books of the
14 | court.
15 |         Now, before I conclude today, it is my obligation to
16 | elicit from Counsel for both parties their fully articulated
17 | objections to the Court's findings of fact and conclusions of
18 | law, and also to elicit any objections that either party might
19 | have to the manner in which the sentence has been imposed.
20 |         Let me turn first to Mr. Cruz for the Government.
21 |         MR. CRUZ:  No, Your Honor, no objections; and might
22 | I add that we move to dismiss the remaining counts of the
23 | indictment.
24 |         THE COURT:  And I know that Mr. McKnight does not
25 | object to that.  I'll grant that motion; but let me pose the

1    same question to Mr. Rodriguez for the Defense.

2              MR. RODRIGUEZ:  No objections whatsoever.

3              THE COURT:  All right.  Well, thank you all very

4    much.

5              Mr. McKnight, good luck to you.

6              THE DEFENDANT:  Thank you, Your Honor.

7              THE COURT:  You need to put this behind you and move

8    on with your life now.

9              MR. RODRIGUEZ:  Thank you so much, Your Honor.  We

10   appreciate it.

11        (PROCEEDINGS ADJOURNED AT 2:27 p.m.)

12                        **C-E-R-T-I-F-I-C-A-T-E**

13            I hereby certify that the foregoing is

14        an accurate transcription and proceedings in the

15        above-entitled matter.

16

17   *1/23/2015*                /s/DIANE MILLER
     DATE                    DIANE MILLER, RMR, CRR
18                           Federal Official Court Reporter
                             United States District Court
19                           701 Clematis Street, Room 259
                             West Palm Beach, FL  33401
20                           561-514-3728

21

22

23

24

25

Thursday, January 8, 2015.

**$**

$10,000 [1]  6/4
$10,740 [1]  22/24
$100 [1]  25/23
$5,000 [1]  25/20
$740 [1]  4/10

**'**

'80s [1]  16/23

**-**

--he [1]  8/7

**/**

/s/DIANE [1]  27/16

**0**

09 [1]  23/7

**1**

1,000 [1]  6/4
1/23/2015 [1]  27/16
10 [2]  11/5 23/3
10,000 [1]  4/10
11 [1]  11/3
12,590 [1]  11/1
120 [1]  1/16
14 [1]  26/12
14-80080 [1]  2/4
14-80080-CR-HURLEY [1]  1/2
16 [1]  5/25
16th [2]  12/20 12/20
18 [2]  6/17 22/12
1in [1]  24/6

**2**

2012 [3]  5/21 8/4 9/8
2015 [2]  1/4 27/16
204 [1]  1/16
259 [1]  27/18
2:27 [1]  27/11

**3**

30 [1]  25/1
31 [1]  5/17
33128 [1]  23/7
33401 [4]  1/14 1/17 1/20 27/19
34 [1]  5/20
35 [1]  1/7
3553 [2]  6/18 22/12
3728 [2]  1/21 27/19

**4**

400 [2]  1/13 23/6

**5**

561-514-3728 [2]  1/21 27/19

**6**

60-hour [1]  10/23

**7**

701 [2]  1/20 27/18
71 [1]  6/1
740 [1]  4/13

**8**

80080 [1]  2/4
8N [1]  23/7

**9**

90 [1]  25/21

**A**

abiding [1]  17/2
ability [2]  14/3 14/4
able [2]  8/6 10/21
about [18]  4/2 6/2 7/15 8/12 10/2 11/20
 12/4 12/8 12/12 12/16 13/15 13/24 13/25
 14/1 18/5 19/1 19/13 20/2
above [3]  19/5 24/1 27/15
above-entitled [1]  27/15
absolute [1]  25/25
accept [1]  8/8
accepted [1]  13/19
access [1]  24/21
accurate [3]  3/19 3/24 27/14
accurately [1]  3/14
acknowledges [1]  20/3
act [2]  23/23 24/6
action [3]  7/25 8/1 21/4
activate [1]  25/9
activity [2]  7/24 17/21
actually [3]  10/21 18/19 26/13
add [2]  24/2 26/22
addendum [1]  4/22
addition [1]  23/9
address [2]  13/14 14/8
addressing [1]  17/7
adequately [1]  17/7
ADJOURNED [1]  27/11
adjust [1]  4/7
advertising [1]  24/11
advisory [1]  6/6
afford [1]  26/7
afoul [1]  24/14
afternoon [8]  2/3 2/10 2/15 2/18 3/1 14/11
 14/12 16/19
afternoon's [1]  2/4
again [5]  11/14 14/5 15/1 20/9 21/2
ago [1]  7/21
agonizing [1]  20/15
agree [3]  4/9 6/5 10/8
agreed [2]  4/6 7/24
agreement [2]  8/3 15/20
ahead [1]  14/19
alike [1]  3/9
all [14]  3/17 4/22 6/24 7/1 7/4 17/2 17/2
 17/5 21/17 22/11 22/17 24/22 27/3 27/3
allow [4]  14/4 15/5 19/17 24/6
allowing [1]  2/7
almost [1]  19/10
along [1]  22/23
already [1]  22/1
also [8]  11/8 19/25 21/8 22/21 24/6 24/19
 25/21 26/18
although [5]  8/14 13/4 15/19 16/9 22/5
always [1]  12/7
am [7]  12/14 14/23 15/19 20/17 20/18 20/18
 22/3
AMERICA [2]  1/3 2/5
among [1]  18/13

amount [9]  4/5 9/21 9/24 10/24 13/11 18/12
 18/25 21/20 23/3
analyze [1]  20/5
anguished [1]  20/9
announced [2]  2/21 26/1
announcing [1]  6/25
another [2]  6/17 22/8
any [16]  4/1 5/1 5/8 5/11 6/24 6/24 7/1
 22/17 23/21 23/24 23/24 24/5 24/8 25/4
 25/7 26/18
anything [6]  6/24 7/1 13/17 15/2 20/8 23/2
apex [1]  18/6
apologize [3]  14/14 14/15 14/23
appeal [5]  25/25 26/2 26/10 26/11 26/12
appeals [1]  3/12
appearances [2]  1/11 2/8
appeared [1]  2/20
appears [1]  18/6
appellate [1]  26/8
appreciate [4]  11/21 15/4 21/25 27/10
appropriate [8]  3/3 3/21 5/16 12/24 13/1
 13/2 16/16 21/22
are [42]
areas [1]  19/24
around [1]  22/7
arrested [1]  12/19
articulated [1]  26/16
as [31]
ask [4]  6/21 8/11 11/6 16/3
asked [1]  2/23
asking [1]  14/3
aspect [1]  11/18
aspects [2]  17/2 21/6
assessment [4]  15/7 18/17 24/16 25/22
assets [1]  9/18
assiduously [1]  18/3
associated [1]  8/6
associates [2]  11/14 14/16
attached [1]  23/9
attend [1]  12/6
attention [2]  23/6 24/15
Attorney [1]  1/13
attractive [1]  19/15
AUSA [1]  1/12
Australian [1]  1/13
available [1]  13/20
Avenue [2]  1/13 23/6
avoid [1]  15/25
aware [8]  6/23 7/1 20/11 21/8 21/19 21/20
 22/3 26/4
away [2]  8/22 23/2

**B**

back [17]  2/20 3/15 5/6 5/21 7/10 8/17 9/8
 12/15 13/7 14/5 14/25 14/25 16/22 18/10
 19/11 20/5 24/17
background [4]  3/8 3/25 15/18 17/25
backgrounds [1]  16/4
banks [1]  18/20
bar [1]  10/8
barred [1]  8/3
barrier [1]  6/25
based [6]  4/6 7/25 16/6 21/1 22/13 22/25
basically [1]  8/15
Bauer [11]  8/13 11/16 12/24 15/9 15/13
 15/17 16/4 16/9 22/24 23/13 24/20
Bauer's [1]  17/19

**B**

be [39]
BEACH [6]  1/5 1/14 1/17 1/20 9/17 27/19
became [1]  18/14
because [18]  8/14 8/18 9/22 10/14 10/19
  13/24 14/2 14/17 16/21 16/25 17/15 18/13
  18/25 19/10 19/15 20/15 21/10 21/23
become [1]  6/25
becomes [1]  11/12
been [20]  2/24 2/25 3/14 3/20 3/23 7/5 8/6
  10/11 10/12 10/18 10/25 11/3 11/4 13/5
  13/24 14/20 16/5 23/17 25/8 26/19
before [8]  1/9 2/20 6/20 16/25 17/11 22/3
  25/7 26/15
began [2]  16/19 21/3
begin [6]  2/7 3/4 5/17 7/8 17/23 18/8
beginning [1]  17/10
behalf [2]  2/16 7/9
behind [3]  3/9 14/21 27/7
being [7]  4/21 7/23 10/21 11/17 16/22 17/8
  20/7
believe [9]  4/4 4/6 8/2 12/20 12/23 13/7
  15/15 15/24 16/13
benefit [1]  16/2
best [1]  19/4
between [2]  6/4 16/1
beyond [2]  9/5 10/5
binding [1]  6/13
bit [4]  7/15 8/12 11/17 13/15
blessing [1]  10/18
board [3]  18/19 18/22 19/5
Boca [1]  26/6
book [1]  17/22
books [1]  26/13
Boroughs [1]  9/5
both [4]  4/9 6/5 16/11 26/16
bottom [1]  11/2
bound [1]  15/19
break [2]  15/19 16/15
breath [1]  14/18
bring [3]  8/18 21/24 24/15
broad [1]  17/20
brought [4]  7/25 8/12 9/6 14/22
built [1]  18/9
Bureau [1]  22/15
business [10]  10/2 10/8 11/15 14/16 24/8
  24/9 24/11 24/13 24/15 24/22

**C**

C-E-R-T-I-F-I-C-A-T-E [1]  27/12
Cadillac [1]  26/5
calculated [1]  3/14
calculations [2]  3/23 6/6
calendar [1]  2/4
call [1]  18/23
called [3]  3/4 21/8 26/11
came [4]  7/18 13/7 16/22 17/8
campaigns [1]  24/11
can [9]  4/7 6/20 7/16 9/18 11/13 14/24
  16/14 19/4 23/13
can't [4]  17/23 19/8 23/20 26/7
candidate [1]  13/6
candidly [1]  25/10
cannot [2]  23/22 23/23
capacity [2]  22/6 22/9
care [1]  23/18

career [3]  8/5 18/7 22/8
carefully [3]  18/9 19/24 23/23
caring [1]  10/13
cars [1]  9/15
case [17]  1/2 2/4 5/18 6/13 7/1 8/1 8/9 15/7
  15/22 16/10 17/19 21/10 21/10 21/13 21/23
  24/5 25/19
category [3]  5/5 5/23 5/24
caught [1]  21/18
cause [1]  7/5
certain [1]  12/25
certainly [8]  11/24 12/3 17/9 19/9 21/13
  23/14 23/23 26/3
certify [1]  27/13
change [1]  2/21
character [1]  9/6
characteristics [2]  17/3 20/1
check [1]  4/13
children [6]  8/17 8/18 8/21 12/5 17/5 20/22
church [1]  12/6
circumstances [3]  15/17 15/22 17/17
classic [1]  17/1
clearly [3]  8/7 13/18 21/13
Clematis [2]  1/20 27/18
clerk [2]  23/5 23/8
close [1]  8/24
Code [2]  6/18 22/12
codefendant [1]  12/24
collar [3]  16/24 17/1 17/7
come [11]  5/19 5/25 7/8 7/9 12/10 12/12
  13/13 14/10 16/25 20/16 22/4
coming [2]  18/5 20/15
commend [1]  13/23
commit [2]  17/18 23/21
committed [2]  3/6 22/14
community [1]  14/15
companies [2]  14/16 18/16
companion [1]  7/25
company [3]  8/5 18/15 18/17
complete [1]  24/21
completed [1]  2/25
completely [2]  12/17 23/18
components [1]  17/16
concept [1]  21/19
conclude [1]  26/15
concluded [1]  6/10
conclusions [3]  3/20 3/21 26/17
conditions [3]  23/25 24/2 24/3
conducted [1]  25/15
conferences [1]  10/15
confronted [1]  11/10
Congress [1]  6/18
consequence [1]  21/7
consequences [3]  21/4 21/18 22/4
consider [3]  11/6 11/8 26/9
considerations [1]  16/21
considered [1]  6/19
conspiracy [1]  17/18
constantly [1]  10/23
constituted [1]  18/12
consult [1]  3/13
consulted [1]  6/16
consumed [1]  18/2
contrite [1]  16/13
controlled [1]  23/24
convey [1]  18/24
convicted [2]  11/13 16/11

conviction [1]  19/2
cooperate [1]  24/4
copy [1]  2/25
corners [2]  16/8 21/15
correct [2]  6/5 21/3
corrected [1]  4/24
corrupting [1]  18/24
corruption [1]  19/7
could [2]  9/24 11/10
Counsel [4]  2/7 2/9 2/13 26/16
Count [1]  22/21
countries [1]  19/7
country [1]  3/8
counts [1]  26/22
County [1]  9/17
couple [3]  4/18 11/3 11/8
course [9]  2/23 3/22 6/12 15/19 17/17 18/2
  20/24 24/20 26/1
court [32]
Court's [2]  2/4 26/17
courted [1]  18/3
courtroom [1]  8/18
courts [2]  16/23 17/6
CR [1]  1/2
creates [1]  8/23
creating [1]  19/14
credit [2]  8/16 13/16
crime [7]  3/7 17/7 17/18 19/20 21/11 21/25
  23/21
crimes [3]  16/24 16/25 17/1
criminal [4]  5/22 5/23 5/24 8/1
CRR [2]  1/19 27/17
CRUZ [8]  1/12 2/11 2/12 4/25 5/11 15/6
  20/12 26/20
custody [1]  22/17
cutting [2]  16/8 21/15

**D**

DANIEL [1]  1/9
DATE [1]  27/17
day [2]  22/18 26/12
days [3]  25/1 25/21 26/12
deal [1]  12/3
dealing [1]  21/15
dealt [1]  17/22
decision [2]  2/21 23/16
decisions [1]  19/10
deem [1]  15/18
deep [1]  14/18
defend [1]  11/11
defendant [5]  1/7 1/15 13/8 19/25 22/14
defendants [1]  7/22
Defense [2]  2/14 6/7 27/1
degree [1]  20/3
delayed [1]  7/18
deserving [1]  9/9
despite [1]  21/5
detention [1]  13/4
deter [1]  20/25
deterioration [1]  12/9
determining [1]  3/2
deterrence [2]  21/9 21/19
deterrent [1]  13/3
developing [1]  22/8
diane [4]  1/19 1/21 27/16 27/17
did [16]  4/17 4/18 8/7 8/10 8/18 9/8 9/9
  9/19 9/20 11/22 13/14 13/18 13/21 14/8

**D**

did... [2] 15/13 18/2
didn't [6] 8/19 8/20 13/17 13/22 16/3 16/3
different [2] 17/20 18/11
differently [2] 16/24 16/24
difficulty [1] 6/24
direct [1] 24/10
directors [1] 18/15
disclosure [1] 24/22
discussed [1] 17/9
dismiss [1] 26/22
disparity [1] 16/1
dissimilar [1] 15/22
distinguished [1] 18/15
DISTRICT [6] 1/1 1/1 1/10 19/22 23/5
 27/18
Dixie [1] 1/16
do [30]
documents [1] 25/4
does [2] 4/15 26/24
doesn't [2] 20/16 20/20
doing [1] 6/10
dollars [5] 9/13 9/15 10/25 11/3 13/13
don't [11] 3/25 4/4 7/8 8/14 10/7 11/19 13/2
 15/1 15/21 21/11 26/2
done [3] 13/8 22/1 25/16
down [6] 5/19 7/24 10/8 11/4 14/4 15/5
downfall [1] 16/11
downward [1] 4/7
drag [1] 19/9
dramatically [1] 18/11
drawn [1] 3/20
drive [1] 26/4
driven [2] 21/11 21/12
driver's [1] 20/2
driving [2] 5/21 8/16
drug [1] 23/24

**E**

each [1] 2/25
earlier [5] 4/6 17/15 19/6 21/14 23/15
earnings [1] 23/4
easy [2] 22/4 22/6
economy [1] 19/9
effort [1] 3/5
either [2] 11/4 26/18
elicit [2] 26/16 26/18
else [1] 20/7
employed [1] 11/15
employee [1] 11/16
employment [5] 24/25 25/5 25/7 25/11
 25/12
end [2] 15/11 15/20
ended [1] 8/4
endemic [1] 19/8
engage [1] 25/11
engaged [1] 24/7
engaging [1] 24/10
enjoy [1] 21/6
enjoyed [1] 21/6
enormously [1] 17/25
enough [2] 22/19 22/19
entered [1] 26/13
entering [1] 25/7
entertain [1] 23/15
entire [2] 9/24 12/19

entitled [2] 6/14 27/15
equities [2] 7/25 8/5
Escalade [1] 26/5
especially [1] 21/10
ESQ [1] 1/15
essence [1] 8/4
Essentially [1] 15/10
even [1] 11/1
events [1] 12/6
ever [1] 15/1
every [1] 13/24
everyone [1] 2/3
everything [3] 13/8 20/7 21/1
evidence [1] 18/21
example [2] 17/2 21/14
exception [1] 5/20
expect [1] 20/8
expectation [4] 19/11 19/19 21/12 23/14
experience [1] 11/25
extent [1] 23/2
extraordinary [2] 18/7 19/1

**F**

fact [4] 7/19 11/6 26/4 26/17
factor [1] 17/16
factors [6] 6/19 8/12 11/8 17/14 22/11
 22/13
facts [4] 3/20 5/16 15/17 15/22
factual [4] 3/18 4/2 4/22 5/1
fair [1] 3/11
familiar [1] 11/25
family [9] 12/7 12/18 14/15 14/25 17/5 20/6
 20/7 20/9 20/21
far [1] 10/2
fate [2] 12/16 15/17
father [3] 8/24 12/9 12/13
federal [5] 1/19 3/4 16/20 20/12 27/17
feel [3] 8/19 15/21 16/15
feet [2] 13/17 24/17
fellow [1] 18/23
felon [1] 11/13
felons [1] 16/11
felt [3] 5/1 15/13 15/14
few [1] 3/15
field [1] 21/5
fifty [1] 4/11
figure [2] 4/24 10/11
figures [1] 5/16
figuring [1] 12/21
file [1] 26/10
filed [3] 4/22 9/2 26/12
finally [2] 3/22 25/13
finances [1] 24/23
financial [7] 20/6 21/12 21/14 23/6 24/21
 25/18 26/3
financially [1] 24/17
findings [1] 26/17
fine [6] 4/23 6/3 21/23 25/19 25/19 25/20
fire [1] 13/17
firearm [1] 23/22
first [12] 2/3 3/17 4/1 16/22 17/15 17/16
 23/20 23/20 24/4 24/12 25/21 26/20
FL [2] 1/20 27/19
flirted [1] 16/9
FLORIDA [5] 1/1 1/5 1/14 1/17 23/7
flsd.uscourts.gov [1] 1/21
follow [1] 23/25

following [1] 24/2
foolish [1] 20/5
forced [1] 10/22
forceful [1] 10/21
foregoing [1] 27/13
foremost [3] 3/17 24/4
forfeiting [1] 24/5
forget [1] 18/15
forgive [1] 20/12
former [1] 18/15
forth [3] 17/14 18/5 22/12
forty [3] 4/12 4/14 4/15
found [1] 10/20
four [6] 6/2 13/3 14/3 15/11
four-month [1] 14/3
frankly [1] 16/3
fraud [2] 17/18 18/13
Freidman [1] 7/20
front [4] 5/16 8/2 9/14 10/25
full [1] 24/25
full-time [1] 24/25
fully [1] 26/16
fund [3] 9/5 18/1 18/23
funds [1] 18/1
further [2] 24/9 24/20

**G**

Galleon [1] 18/1
game [1] 12/6
gave [5] 8/9 9/1 10/6 11/21 12/24
general [2] 21/9 21/19
generated [1] 3/24
gentleman [3] 16/7 17/24 18/18
genuine [1] 16/14
get [9] 7/16 11/24 14/25 14/25 19/16 21/18
 24/13 24/17 25/6
giant [1] 12/11
girls [3] 8/24 8/25 9/17
give [6] 8/16 10/6 12/2 13/16 16/14 18/17
giving [2] 9/6 14/13
glad [2] 8/20 20/22
go [10] 3/1 3/15 4/17 5/6 8/9 14/19 18/17
 20/18 21/9 21/17
God [1] 13/10
goes [2] 9/4 14/1
going [15] 2/8 9/21 10/16 10/16 20/18 20/18
 20/18 21/17 21/23 22/21 23/10 24/2 24/14
 25/19 25/22
gone [1] 11/11
good [13] 2/3 2/10 2/15 2/18 10/14 13/11
 14/11 14/12 20/1 22/19 22/19 24/14 27/5
got [1] 18/4
GOVERNMENT [9] 1/12 2/9 4/6 13/15
 13/16 15/11 15/13 19/23 26/20
Government's [3] 4/25 5/11 15/7
grace [1] 13/10
grant [1] 26/25
great [3] 6/14 12/3 18/1
greater [2] 3/10 16/2
greed [1] 21/12
gross [1] 23/4
guidelines [18] 3/5 3/5 3/13 4/3 5/6 5/8 6/1
 6/6 6/11 6/12 6/14 6/16 11/5 15/10 16/20
 16/22 17/8 17/11
guilty [3] 2/22 2/22 13/19
Gupton [1] 18/18

**H**

half [2]  9/20 23/13
happen [1]  10/7
happens [1]  20/4
happy [2]  7/6 26/8
hard [4]  10/10 10/14 10/16 12/1
hardworking [1]  8/24
has [33]
have [54]
having [2]  6/16 7/5
he [83]
hear [3]  7/7 12/12 14/17
heard [1]  11/16
HEARING [1]  1/9
hedge [2]  18/1 18/23
help [4]  12/3 12/13 12/14 12/14
helped [3]  9/7 9/8 12/8
her [1]  14/21
here [16]  8/11 8/18 10/24 12/14 12/15 14/3
 14/14 14/23 17/18 18/5 18/11 19/3 19/13
 21/20 22/4 26/1
hereby [1]  27/13
hesitant [1]  19/10
high [3]  9/12 9/12 10/19
Highway [1]  1/16
him [15]  7/17 8/14 8/16 10/6 11/7 11/20
 12/4 12/16 12/25 13/6 13/10 13/11 14/4
 15/18 16/15
himself [1]  20/21
his [18]  2/21 2/21 8/5 8/5 8/16 8/17 8/17
 8/18 8/21 8/25 9/20 9/25 10/12 11/8 12/14
 18/6 19/25 20/9
history [3]  5/23 5/24 20/1
hold [2]  13/17 13/22
home [4]  13/3 21/24 25/15 26/5
Honor [25]  2/10 2/15 4/4 4/17 5/3 5/9 5/13
 6/7 6/8 7/3 7/13 7/16 9/1 10/24 12/23 13/19
 14/9 15/8 15/9 15/14 16/14 16/18 26/21
 27/6 27/9
HONORABLE [1]  1/9
hope [5]  3/10 20/7 20/12 21/1 22/10
hoping [1]  14/2
hospital [1]  12/9
hour [1]  10/23
house [1]  9/16
how [7]  10/3 12/1 12/8 12/9 12/21 18/24
 20/5
Huck [1]  13/21
huge [1]  21/16
hundred [2]  4/15 11/3
HURLEY [2]  1/2 1/9

**I**

I'll [8]  5/6 13/16 23/14 23/17 24/15 24/16
 25/10 26/25
I'm [19]  2/8 8/11 8/20 14/2 14/23 17/23
 19/25 20/21 20/21 21/19 21/20 21/22 22/21
 23/10 24/2 25/12 25/19 25/21 26/4
I've [2]  22/11 25/17
illegal [1]  23/24
illusion [1]  19/14
important [5]  3/22 16/20 17/12 19/22 24/18
impose [3]  20/24 21/23 25/19
imposed [2]  7/6 26/19
imprisoned [1]  22/15
imprisonment [1]  6/1

inability [1]  21/4
incarceration [3]  15/10 15/14 15/25
inclined [1]  13/1
included [1]  12/7
including [1]  24/22
independent [1]  24/16
Indian [1]  17/25
indictment [1]  26/23
indigent [1]  26/6
individual [1]  12/8
individuals [1]  16/1
industries [2]  18/3 18/4
industry [6]  10/20 11/14 16/5 16/9 19/4
 24/6
information [5]  3/18 16/6 18/24 21/15
 24/22
informed [1]  7/23
injunction [1]  8/3
inside [3]  18/4 18/9 21/15
insights [1]  11/24
insignificant [1]  21/25
interesting [1]  17/15
investigation [5]  2/24 3/16 5/15 12/2 19/2
investment [2]  18/20 19/10
investments [1]  24/8
inviting [1]  7/8
involved [4]  9/15 13/12 16/5 18/14
involvement [2]  5/22 24/20
is [118]
isn't [1]  22/6
issue [4]  3/23 4/5 7/17 13/21
issues [4]  5/6 5/8 5/11 17/9
it [55]
it's [19]  6/17 7/7 10/18 12/17 14/22 16/1
 17/13 17/15 18/9 19/8 19/23 20/4 20/14
 20/15 21/12 21/20 22/4 22/23 24/14
its [2]  18/12 21/5

**J**

jail [2]  20/18 20/19
JANUARY [1]  1/4
joint [1]  22/23
JR [1]  1/15
JUDGE [5]  1/10 8/2 13/20 14/14 16/3
judgment [2]  22/13 25/25 26/13
just [16]  5/15 6/10 8/22 9/10 10/5 11/3
 12/21 13/17 14/18 14/24 18/24 18/25 19/3
 19/8 21/16 22/18
justice [1]  5/22
justified [1]  3/21

**K**

keenly [1]  22/3
keep [1]  8/22
KEVIN [4]  1/6 2/5 2/16 22/14
key [1]  9/16
kids [3]  8/23 9/9 10/12
kind [3]  9/10 10/3 25/7
know [16]  7/19 8/12 11/19 12/11 13/25
 14/24 15/1 19/1 19/6 20/3 20/11 20/14 21/7
 25/24 26/2 26/24
known [1]  18/16

**L**

laid [1]  3/18
large [1]  18/20
largely [2]  18/9 21/11

last [7]  2/19 7/22 9/2 10/12 10/20 13/25
 17/22
law [5]  1/16 4/17 7/6 17/2 26/18
lawyer [1]  26/8
learned [2]  13/12 14/24
least [2]  9/24 21/8
lectern [1]  7/9
lecturn [1]  14/10
led [2]  16/10 19/2
legal [6]  3/20 3/21 5/5 5/8 5/11 7/5
legitimate [1]  24/25
less [2]  11/2 11/3
lesson [2]  13/12 14/24
let [8]  2/7 2/13 4/13 13/6 15/5 15/6 26/20
 26/25
let's [3]  5/5 5/14 5/14
letter [3]  9/6 11/19 11/20
letters [4]  9/1 9/2 10/1 11/21
level [6]  5/18 5/18 11/3 11/4 14/22 19/18
liberty [1]  20/6
licenses [2]  19/16 24/5
life [7]  8/16 9/12 10/9 12/19 15/3 22/5 27/8
like [18]  3/10 7/2 7/7 8/22 10/4 12/13 13/9
 15/3 16/14 19/24 20/4 20/8 20/13 21/10
 24/14 24/14 25/10 26/2
limitation [1]  23/22
line [1]  20/6
list [2]  6/19 23/9
listen [2]  8/10 13/18
little [2]  7/15 8/12
live [3]  3/8 20/16 26/5
lived [1]  9/12
living [1]  20/17
lobby [1]  18/22
long [2]  10/15 11/25
longer [4]  6/13 11/13 11/14 25/1
look [11]  3/15 11/9 17/3 17/13 18/8 19/25
 21/3 23/17 24/16 25/10 26/4
looked [3]  6/11 22/11 25/17
looking [3]  3/4 10/11 16/19
looks [3]  19/15 24/13 24/14
loss [3]  11/1 11/1 13/10
lot [4]  9/13 9/18 10/6 10/15
lovely [1]  17/5
low [5]  9/16 11/5 13/11 15/11 15/20
lowest [1]  5/24
luck [1]  27/5

**M**

made [1]  13/20
magnitude [1]  19/20
mail [1]  24/10
mainly [1]  15/25
maintain [1]  24/25
major [1]  13/12
make [12]  2/8 3/6 3/13 3/24 4/23 5/15 6/15
 12/1 17/12 23/1 24/16 26/7
making [1]  23/16
man [1]  18/6
man's [1]  17/23
mandatory [1]  6/12
manipulating [1]  19/12
manner [2]  25/15 26/19
mansions [1]  9/14
many [6]  7/21 8/13 17/8 17/20 20/10 21/6
math [2]  4/18 4/18
matter [5]  2/3 3/8 5/21 12/1 27/15

**M**

matters [2]  4/2 5/1
may [6]  7/17 8/4 9/2 12/20 12/20 25/8
maybe [1]  13/2
MCKNIGHT [45]
McKnight's [2]  16/13 23/4
me [14]  2/7 2/13 2/17 4/13 10/19 14/13
 14/21 15/2 15/5 15/6 20/13 23/13 26/20
 26/25
mean [4]  10/7 12/20 13/22 21/12
meaning [1]  10/22
meetings [1]  18/22
members [1]  12/7
mentioned [6]  13/4 16/7 17/15 17/19 19/6
 21/13
message [1]  21/9
Miami [2]  23/6 23/7
might [7]  2/7 2/13 15/6 15/12 25/4 26/18
 26/21
miller [4]  1/19 1/21 27/16 27/17
million [1]  13/13
millions [4]  9/13 9/15 10/25 10/25
mindset [1]  9/25
minute [1]  14/17
misconduct [1]  16/10
mixed [1]  10/18
moment [3]  5/14 6/20 13/19
moments [1]  3/15
monetary [5]  6/3 21/23 25/18 25/19 25/20
money [3]  18/12 18/25 21/20
monies [1]  23/4
month [2]  9/2 14/3
monthly [1]  23/4
months [10]  6/2 7/21 10/12 10/20 12/21
 13/3 13/5 13/25 15/11 20/10
more [4]  3/11 7/6 17/21 26/8
morning [1]  4/7
most [1]  18/14
mostly [1]  19/21
motion [2]  23/15 26/25
motivating [1]  16/21
move [5]  5/5 15/3 22/8 26/22 27/7
movement [1]  19/15
moves [1]  20/14
movie [1]  12/5
Mr [2]  2/18 24/13
Mr. [73]
Mr. Bauer [11]  8/13 11/16 12/24 15/9
 15/13 15/17 16/4 16/9 22/24 23/13 24/20
Mr. Bauer's [1]  17/19
Mr. Cruz [6]  2/12 4/25 5/11 15/6 20/12
 26/20
Mr. Freidman [1]  7/20
Mr. Gupton [1]  18/18
Mr. Kevin [1]  2/5
Mr. McKnight [40]
Mr. McKnight's [2]  16/13 23/4
Mr. Reyes [1]  9/3
Mr. Rodriguez [9]  4/1 5/7 7/8 7/12 14/7
 16/8 21/3 22/25 27/1
much [8]  3/7 3/9 4/18 14/21 16/17 20/1
 27/4 27/9
must [5]  20/15 23/3 23/19 25/14 26/12
my [13]  4/10 11/12 13/24 14/15 14/15 14/20
 14/24 14/25 15/3 20/13 20/24 24/15 26/15
myself [3]  15/2 22/7 22/8

**N**

name [3]  11/12 17/23 18/18
Nancy [1]  23/7
national [1]  24/11
nature [4]  8/6 10/3 16/13 17/17
near [1]  19/20
necessarily [1]  15/13
necessary [1]  8/19
need [14]  3/4 3/13 3/14 4/2 6/19 12/13
 12/13 15/14 22/7 22/8 23/20 25/4 26/10
 27/7
needed [1]  5/1
neighbors [1]  12/7
nervous [2]  13/24 14/1
never [4]  9/12 9/13 20/8 21/2
new [4]  12/5 14/22 18/20 19/22
next [2]  2/16 11/4 18/5 20/18
NFL [1]  9/4
nice [3]  8/25 11/15 26/5
nickname [1]  9/4
nights [2]  12/5 12/6
no [21]  1/2 3/8 4/22 5/3 5/9 5/13 5/21 6/13
 7/3 7/5 11/12 11/13 11/14 12/1 14/5 15/10
 23/13 24/20 26/21 26/21 27/2
nonbinding [1]  6/15
North [1]  23/6
not [21]  2/22 7/6 8/18 8/21 9/18 12/10
 12/11 15/2 15/2 15/13 15/18 17/7 20/4
 21/21 21/25 22/4 24/7 24/25 25/12 26/6
 26/24
notice [3]  9/2 26/11 26/11
now [22]  2/13 3/1 3/12 4/6 6/16 10/9 15/16
 16/11 20/24 21/20 22/11 22/21 23/9 23/12
 23/19 24/1 24/13 24/19 25/17 25/24 26/15
 27/8
nowhere [1]  19/20
number [3]  2/4 4/19 20/25
numbers [1]  3/23

**O**

object [1]  26/25
objection [1]  4/22
objections [4]  26/17 26/18 26/21 27/2
obligated [5]  3/1 6/17 6/21 17/13 19/25
obligation [5]  9/23 20/24 21/24 22/23 26/15
obtaining [1]  24/12
obviously [3]  18/10 23/16 23/21
October [1]  2/20
off [1]  13/22
offense [4]  5/18 5/18 8/16 17/17
offers [1]  24/8
office [3]  1/13 2/23 13/24
officer [5]  11/7 24/23 25/3 25/4 25/16
Offices [1]  1/16
Official [2]  1/19 27/17
okay [7]  4/20 4/25 5/4 7/7 11/23 12/13
 14/19
once [1]  11/12
one [19]  7/22 8/15 9/3 9/19 10/14 10/16
 11/19 12/8 16/21 17/9 18/1 18/14 18/16
 18/20 18/22 20/11 20/25 22/18 23/16
ones [1]  7/22
only [2]  4/5 14/3
operation [1]  7/19
opportunities [1]  24/9
opportunity [5]  7/14 14/13 24/13 24/15

25/9
order [4]  3/12 22/22 25/22 26/10
other [15]  10/1 10/6 10/18 11/8 11/11 11/19
 16/7 16/10 16/25 17/2 17/6 17/8 17/14 22/3
 23/21
our [2]  3/12 14/22
out [16]  3/18 6/18 8/9 9/6 10/11 10/22
 12/21 13/20 14/5 18/21 19/8 20/15 21/9
 21/17 22/8 25/12
outgoing [1]  10/3
over [6]  5/6 5/25 12/5 18/23 20/10 24/1
overwhelming [1]  21/21
own [1]  18/17

**P**

P-R-O-C-E-E-D-I-N-G-S [1]  2/1
P.A [1]  1/16
p.m [1]  27/11
page [3]  5/17 5/19 5/25
Pages [1]  1/7
paid [5]  9/23 11/8 18/10 23/3 25/20
PALM [6]  1/5 1/14 1/17 1/20 9/17 27/19
paper [1]  26/11
paragraph [3]  5/17 5/20 5/25
part [2]  9/7 22/22
particular [2]  18/6 19/14
particularly [3]  9/13 11/20 16/24
parties [4]  2/19 4/9 6/5 26/16
party [3]  2/25 25/11 26/18
pause [1]  3/15
pay [3]  22/22 25/18 25/22
payable [1]  23/2
pending [1]  8/1
penny [1]  19/14
people [12]  3/6 11/15 11/25 12/4 16/23
 16/25 18/3 18/10 18/14 19/9 19/16 20/14
percent [1]  23/3
Perhaps [1]  13/3
period [1]  23/11
permission [4]  13/7 24/12 25/2 25/6
person [5]  7/21 9/10 17/4 22/5 25/14
personable [1]  10/3
personal [1]  24/23
personality [1]  10/4
phonetic [1]  18/19
piece [1]  26/10
place [1]  23/10
placed [1]  5/23
Plaintiff [1]  1/4
play [1]  22/4
player [1]  9/5
plea [4]  2/21 22/2 22/2 15/19
Please [1]  2/2
pleasure [1]  7/17
point [3]  4/25 5/12 22/5
portion [1]  11/8
pose [1]  26/25
position [1]  3/7
possess [2]  23/22 23/24
possible [2]  3/9 5/24
potential [1]  16/10
prepare [1]  2/23
present [1]  8/17
presentence [4]  2/24 3/16 5/15 12/1
pretty [1]  3/7
prevent [1]  6/25
previously [1]  16/7

33

**P**

primarily [1] 18/3
principle [2] 19/2 19/3
prior [1] 5/22
priors [1] 14/6
Prisons [1] 22/15
probably [3] 9/13 11/16 26/6
probation [7] 2/23 12/25 14/4 24/23 25/3 25/3 25/16
problem [3] 6/24 8/23 23/13
proceedings [2] 27/11 27/14
process [3] 3/2 3/11 14/1
prohibited [1] 24/10
promoted [1] 10/15
promoters [1] 9/14
promoting [1] 16/22
pronounce [1] 17/23
properly [1] 3/13
property [1] 25/14
prosecution [1] 7/18
provide [2] 24/21 25/3
provided [1] 2/25
PSR [1] 13/4
public [1] 24/9
punish [1] 8/14
purposes [1] 24/11
put [5] 4/14 9/20 9/22 20/6 27/7

**Q**

qualify [1] 26/6
question [4] 6/22 6/23 15/16 27/1
quick [1] 8/8
quite [2] 11/17 13/15

**R**

raise [3] 5/2 9/8 9/17
raising [1] 8/16
ran [1] 17/25
range [3] 6/1 6/2 6/3
rate [1] 18/7
Raton [1] 26/6
read [4] 11/19 11/22 17/22 21/1
ready [1] 23/1
really [9] 5/21 6/24 9/23 12/19 13/3 17/16 18/13 19/3 23/22
reason [1] 19/23
reasonable [4] 19/18 23/14 25/15 25/16
reasons [2] 15/15 17/8
recall [3] 2/19 9/2 15/12
recently [1] 19/21
reckless [2] 5/20 8/15
recognize [2] 9/13 21/2
recognizes [1] 14/2
recognizing [1] 2/8
recollection [1] 4/10
recommend [3] 6/11 15/12 15/20
recommendation [5] 6/15 6/15 15/21 17/12 17/13
recommended [2] 6/1 6/3
redefine [5] 10/9 10/12 10/13 10/21 12/22
reference [1] 9/1
referred [1] 13/20
regard [1] 25/2
relationship [1] 14/22
relative [1] 12/14
relatively [1] 9/16

relax [1] 14/18
release [10] 13/6 23/10 23/15 23/19 24/1 24/7 24/19 24/24 25/13 25/21
remainder [1] 23/8
remaining [2] 4/1 26/22
remains [1] 23/2
remarkably [1] 17/21
remarks [1] 15/5
remember [2] 23/20 23/21
report [5] 2/24 2/24 3/16 3/18 5/15
reported [2] 1/19 13/8
Reporter [2] 1/19 27/17
reports [1] 12/2
reposition [1] 22/7
represent [3] 3/5 7/17 14/16
required [1] 5/12 15/12
requirement [3] 19/17 22/2 23/17
resolved [1] 8/2
resource [1] 22/6
respect [3] 6/14 12/5 22/1
respond [1] 25/3
responsibility [3] 8/8 9/25 13/19
restitution [11] 4/5 4/8 4/24 9/21 11/1 11/7 22/1 22/23 23/1 23/8 23/17
restrictions [1] 12/25
result [2] 2/22 7/23
retired [1] 9/4
return [2] 18/8 21/13
returns [1] 21/14
Reyes [2] 9/3 9/4
right [10] 4/16 4/23 7/4 7/9 11/2 14/10 21/17 23/2 25/25 27/3
RMR [2] 1/19 27/17
RODRIGUEZ [13] 1/15 1/16 2/16 2/18 4/1 5/7 7/8 7/12 14/7 16/8 21/3 22/25 27/1
ROGER [2] 1/12 2/10
room [3] 19/11 23/7 27/18
root [1] 19/8
ruling [1] 25/12
run [2] 17/24 24/14

**S**

said [9] 4/21 11/11 11/12 11/17 17/11 20/2 22/3 23/1 23/12
sale [1] 19/16
same [10] 3/6 3/7 3/7 5/19 15/14 15/17 19/3 21/7 23/12 27/1
sat [2] 7/20 7/21
say [5] 7/7 14/18 14/20 17/3 22/7
saying [1] 20/17
scheme [1] 16/2
scholarships [2] 9/7 9/8
school [1] 4/17
Scola [1] 8/2
scope [1] 18/12
search [2] 25/14 25/15
seat [1] 20/2
seated [2] 2/2 2/16
SEC [3] 7/25 21/4 24/5
second [3] 3/15 3/19 5/5
Section [3] 6/18 22/12 23/6
securities [7] 10/8 11/13 17/18 18/13 19/4 24/6 24/8
see [9] 4/1 6/11 9/18 15/2 15/14 18/8 20/13 25/9 25/11
seeing [1] 15/2
seem [2] 19/8 20/16

seen [1] 19/21
self [3] 25/7 25/8 25/12
self-employment [2] 25/7 25/12
self-starter [1] 25/8
send [1] 23/8
sense [3] 12/2 18/11 20/22
sent [1] 23/5
sentence [16] 3/3 7/1 7/5 10/5 10/6 12/23 12/25 15/23 15/25 16/16 20/25 21/22 22/22 26/1 26/13 26/19
sentenced [1] 1/9
sentencing [7] 1/9 3/5 3/11 4/7 7/20 13/25 16/20
separate [1] 17/16
serious [2] 17/21 23/22
served [4] 15/10 16/15 22/16 22/20
serves [1] 13/3
services [1] 26/8
set [5] 6/18 8/8 9/5 17/14 22/11
seven [6] 4/11 4/12 4/14 4/15 12/20 13/5
several [4] 7/20 10/1 11/15 22/23
shall [1] 24/7
share [1] 20/20
she [1] 8/17
shielded [1] 20/22
shocking [1] 18/19
should [3] 7/6 15/16 24/20
show [1] 23/13
showed [1] 18/24
shown [1] 7/5
shows [1] 5/20
shut [1] 7/24
shuts [1] 10/8
significant [3] 16/12 19/23 21/18
similar [5] 8/13 15/15 15/20 16/4 16/15
similarly [1] 16/1
simply [1] 18/18
since [2] 12/19 12/20
sir [2] 4/12 15/3
sit [2] 15/5 20/5
sits [1] 12/15
situated [1] 16/1
situation [4] 13/9 14/23 15/1 26/4
six [3] 10/12 10/20 13/25
slowly [1] 20/16
small [1] 10/24
so [37]
some [10] 8/9 8/12 13/2 13/12 17/21 19/21 20/2 21/4 21/6 25/11
somebody [2] 11/25 19/11
somehow [1] 20/13
someone [1] 12/2
something [4] 8/22 20/4 20/20 21/2
sometimes [2] 11/24 21/14
somewhere [1] 6/3
sorry [2] 14/23 17/23
sort [2] 9/10 25/11
sound [1] 4/16
SOUTHERN [2] 1/1 19/22
speak [3] 7/9 7/14 14/14
special [2] 24/2 25/22
spend [1] 20/19
spent [1] 22/17
standard [2] 23/25 24/1
standing [1] 18/22
start [2] 2/8 14/5
starter [1] 25/8

## S

starting [1]  7/17
STATES [11]  1/1 1/3 1/10 2/5 2/11 6/18
 22/12 22/15 23/5 25/23 27/18
statute [4]  6/17 6/21 17/14 17/19
stay [1]  5/19
steamroller [1]  20/14
stellar [1]  13/5
step [2]  3/2 14/5
sting [2]  7/18 13/12
stock [3]  9/14 19/14 19/16
stocks [1]  19/14
straightforward [1]  21/21
Street [4]  1/20 12/11 12/12 27/18
stress [3]  8/6 10/19 10/22
submit [1]  25/14
substance [1]  23/24
success [3]  18/2 18/7 21/6
successful [2]  17/25 22/10
succumbed [1]  18/18
suddenly [4]  19/15 20/5 20/16 22/7
Suite [1]  1/16
sum [3]  22/24 25/20 25/23
summer [2]  13/21 17/22
supervised [10]  13/6 23/10 23/15 23/19
 24/1 24/7 24/19 24/24 25/13 25/21
supported [1]  12/6
supporting [1]  14/25
Supreme [1]  3/3
sure [11]  3/6 3/13 3/17 3/19 3/24 4/23 5/16
 9/21 14/10 20/21 26/7
suspect [2]  20/3 21/5
syllables [1]  17/24
system [2]  5/22 20/12

## T

T.K [1]  1/9
tailoring [1]  10/5
take [10]  3/15 5/14 14/17 14/18 24/16 25/10
 25/25 26/2 26/3 26/10
taken [2]  23/18
takes [1]  10/22
talk [3]  4/2 10/2 12/4
talked [2]  12/8 13/14
talking [2]  6/2 19/13
tapes [3]  8/10 13/18 16/6
technology [1]  18/4
teenage [1]  8/23
telemarketing [1]  24/10
telephone [1]  18/23
tell [5]  7/15 10/19 13/5 16/3 21/21
telling [1]  11/20
temptation [1]  18/25
ten [2]  4/15 6/2
term [1]  22/16
terminate [1]  23/15
terms [4]  12/4 18/7 24/2 24/5
terribly [1]  17/12
testament [1]  12/15
than [4]  7/6 16/24 25/1 26/8
thank [16]  5/4 5/10 6/9 7/4 7/11 7/13 7/13
 14/7 14/13 14/21 15/4 15/8 16/17 27/3 27/6
 27/9
that [174]
that's [18]  3/18 4/14 10/10 10/14 10/16
 11/5 13/13 16/12 19/18 20/20 20/23 21/7

their [7]  2/8 9/7 9/17 13/17 16/11 19/10
 26/16
them [7]  8/13 9/7 9/8 10/13 11/22 13/16
 19/17
themselves [1]  12/22
then [11]  3/19 3/22 4/23 5/5 5/19 5/25 18/8
 18/21 21/16 23/7 25/13
theory [1]  3/9
there [23]  3/10 3/22 4/1 4/4 5/1 6/12 9/17
 9/18 10/1 12/7 17/6 17/20 17/23 19/6 19/7
 19/10 19/11 19/15 19/17 19/18 20/1 20/15
 21/5
therefore [1]  5/23
these [9]  3/5 3/13 6/12 9/9 12/2 17/14 19/16
 19/17 20/10
they [19]  3/8 3/8 3/14 3/24 6/11 6/13 6/14
 6/15 9/16 9/17 12/21 16/3 16/4 16/11 16/22
 17/11 17/12 20/12 25/4
they're [1]  21/16
thing [6]  9/19 10/14 10/18 19/12 20/23
 23/12
things [9]  9/15 10/6 10/16 12/3 17/6 19/17
 19/21 20/11 23/16
think [27]  4/9 4/11 4/13 6/20 7/20 8/11 10/4
 10/7 11/2 13/1 13/2 13/2 13/20 16/11 16/21
 17/1 19/1 19/18 20/23 21/3 21/9 21/22
 21/24 22/5 22/9 23/14 25/17
third [1]  25/11
third-party [1]  25/11
this [61]
those [7]  3/20 6/5 6/16 18/22 22/13 23/4
 24/1
though [1]  21/23
thousand [1]  4/15
three [2]  17/24 23/11
through [8]  3/2 5/15 7/20 8/10 13/16 20/10
 20/17 20/17
throws [1]  12/19
time [17]  2/21 6/12 8/9 8/9 10/15 12/21
 13/2 14/21 15/9 16/15 20/19 21/7 22/16
 22/17 22/19 24/25 25/16
time-served [1]  16/15
times [2]  4/19 13/7
timing [1]  13/21
tip [1]  18/5
tips [1]  18/9
Title [2]  6/17 22/12
today [8]  8/11 9/22 10/6 12/15 12/16 14/14
 26/1 26/15
together [2]  5/14 20/16
told [5]  3/3 3/12 8/21 13/10 13/11
too [1]  13/15
total [2]  5/17 5/18
touching [1]  9/3
tough [1]  22/16
TRANSCRIPT [1]  1/9
transcription [1]  27/14
trauma [1]  8/22
travel [1]  13/6
treated [1]  3/9
treating [1]  16/23
tremendous [1]  22/6
trial [2]  8/9 11/11
true [1]  16/1
trust [3]  9/20 9/22 19/18
try [2]  3/6 12/1

trying [1]  8/22
turn [6]  2/13 3/25 6/17 15/6 22/7 26/20
turning [1]  6/20
Tutankhamen [1]  9/4
two [6]  3/2 8/23 9/17 13/6 17/16 17/24
two-step [1]  3/2
type [3]  12/10 12/12 16/8
types [1]  17/20

## U

U.S [1]  1/13
uncertainty [1]  12/18
underserved [1]  9/9
understand [9]  8/6 9/20 9/24 10/5 11/18
 12/17 16/14 22/25 26/7
understanding [5]  7/16 9/23 11/12 14/5
 20/9
understands [2]  8/7 10/7
undiscovered [2]  7/24 8/5
unemployed [1]  25/1
unfortunate [2]  14/22 18/13
uniformity [1]  3/10
UNITED [11]  1/1 1/3 1/10 2/5 2/11 6/18
 22/12 22/15 23/5 25/23 27/18
unknown [2]  12/17
unnecessary [1]  15/24
unpaid [1]  23/3
until [2]  9/22 20/4
unwarranted [1]  15/25
up [6]  7/8 7/18 7/22 8/13 9/5 14/10
upon [3]  4/6 7/25 22/13
us [5]  3/3 3/12 5/17 8/9 13/20
use [1]  23/23
usual [1]  16/8

## V

Val [1]  2/15
VALENTIN [2]  1/15 1/16
variance [3]  12/23 14/3 21/22
various [1]  18/3
verify [1]  25/4
versus [1]  2/5
very [29]
victims [1]  23/9
view [5]  5/1 5/12 16/23 17/6 20/13
voluntarily [2]  7/24 9/10

## W

walk [2]  5/15 18/21
Wall [2]  12/11 12/12
want [33]
wanted [3]  10/19 11/9 13/18
wants [1]  9/22
warrant [1]  15/22
was [45]
wasn't [2]  11/16 13/12
way [4]  8/3 10/11 10/21 11/11
we [46]
week [1]  13/24
weeks [1]  10/23
well [13]  3/24 4/23 6/10 6/19 7/4 8/1 14/6
 18/16 20/7 21/7 21/19 25/8 27/3
well-being [1]  20/7
well-known [1]  18/16
went [1]  13/7
were [10]  3/10 5/1 6/12 6/13 9/9 15/10
 16/23 17/6 20/11 21/5

## W

weren't [1]  9/21
WEST [5]  1/5 1/14 1/17 1/20 27/19
what [24]  3/2 3/4 4/14 6/10 6/11 6/14 8/7
 8/11 9/21 10/9 12/18 14/18 15/11 18/2
 18/11 19/13 20/5 20/9 20/17 21/8 21/15
 21/17 22/1 22/25
what's [1]  18/5
whatever [2]  3/20 7/7
whatsoever [1]  27/2
when [9]  6/12 7/17 11/10 12/8 16/22 19/1
 19/16 21/3 26/12
where [8]  3/8 6/18 7/21 7/21 9/25 13/13
 14/1 19/7
wherewithal [2]  25/18 26/3
whether [3]  3/23 6/23 23/17
which [8]  5/23 7/19 8/25 9/3 11/4 13/4
 15/11 26/19
while [9]  6/2 6/13 18/22 19/20 23/19 24/7
 24/19 24/24 25/13
white [3]  16/24 17/1 17/7
white-collar [3]  16/24 17/1 17/7
who [20]  2/16 3/6 7/16 7/21 9/5 9/7 9/9 9/14
 10/2 10/9 10/13 11/13 11/25 12/2 12/12
 12/15 16/25 18/6 18/14 19/11
whole [4]  3/11 14/21 19/9 20/21
why [4]  3/25 7/5 7/8 11/5
wife [3]  8/17 12/14 14/20
will [21]  2/19 4/23 4/24 7/9 8/2 10/13 11/6
 11/7 12/18 13/4 15/2 15/2 18/4 20/12 21/11
 21/16 22/10 22/13 23/8 26/3 26/8
wise [1]  20/23
within [6]  4/2 5/6 5/8 6/6 25/21 26/12
without [2]  24/11 25/1
wolf [1]  12/11
wonderful [1]  17/4
word [1]  21/16
work [6]  10/11 10/23 11/13 14/25 21/5 21/5
worked [3]  11/17 13/16 18/10
works [1]  19/24
world [2]  10/2 19/7
worried [1]  12/15
worthy [1]  15/18
would [29]
wouldn't [1]  4/18
written [3]  24/12 25/1 25/6
wrong [1]  8/8

## Y

year [1]  23/13
years [2]  16/5 23/11
yes [5]  2/10 6/7 6/8 14/9 16/18
yet [1]  19/1
York [2]  18/20 19/22
you [148]
You've [1]  25/8
young [1]  8/23
younger [3]  8/14 8/15 8/15
your [43]
yourself [3]  10/21 25/8 25/9